## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOLITA DOUGLAS        :        CIVIL ACTION

             :

v.      **FILED**

MAXWELL REALTY CO., INC. JUN 1 5 2017      NO. 17-2541

KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this / 7 day of June, 2017, upon consideration of plaintiff Lolita Douglas's

motion to proceed *in forma pauperis* (ECF No. 1) and her *pro se* complaint, it is ORDERED

that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the

Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

            **BY THE COURT:**

            **GENE E.K. PRATTER, J.**